FILED
March 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Vasiliy Lazaresku and Ella Lazaresku | **Case No :** | 09-39138 - C - 7 |
| | | **Date :** | 3/22/10 |
| | | **Time :** | 09:30 |
| **Matter :** | [17] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (jris) [17] - Motion/Application for Adequate Protection [PPR-1] Filed by Creditor U.S. Bank, N.A. (jris) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as to the interest of the trustee, and denied as moot as to the interest of the debtor, with respect to the property described in the motion, commonly known as: 3625 Long Cove Court, Roseville, CA. Resolved without oral argument.

Dated: March 29, 2010

_____
United States Bankruptcy Judge